UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13

    Tilda A. Sanders | Bankruptcy No.19-17775-JKF

        Debtor |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 11th day of May, 2020, by first class mail upon those

listed below:

Tilda A. Sanders
1914 73rd Avenue
Philadelphia, PA  19138

**Electronically via CM/ECF System Only:**

JOHN L MC CLAIN ESQ
JOHN L MC CLAIN & ASSOCIATES
PO BOX 123
NARBERTH, PA  19072-0123


    */s/ Deborah A. Earnshaw*
    Deborah A. Earnshaw
    for
    Scott F. Waterman, Esquire
    Standing Chapter 13 Trustee