| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-17775-AMC**

Tilda A. Sanders                                            Petition Filed Date: 12/13/2019
1914 73rd Avenue                                            341 Hearing Date: 01/24/2020
Philadelphia  PA    19138                                   Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $125.00 | 2630614 | 01/15/2020 | $125.00 | 2653524 | 02/04/2020 | $125.00 | 2680075 |
| 02/19/2020 | $125.00 | 2703367 | 02/26/2020 | $125.00 | 2725856 | 03/10/2020 | $125.00 | 2748008 |
| 03/25/2020 | $125.00 | 2770830 | 04/08/2020 | $125.00 | 2788592 | 04/28/2020 | $125.00 | 2801556 |
| 05/08/2020 | $125.00 | 2813401 | 05/21/2020 | $125.00 | 2825540 | 06/11/2020 | $125.00 | 2837991 |
| 06/17/2020 | $125.00 | 2851415 | 07/01/2020 | $125.00 | 2864837 | 07/15/2020 | $125.00 | 2878981 |
| 07/29/2020 | $125.00 | 2895484 | 08/12/2020 | $125.00 | 2910717 | | | |

**Total Receipts for the Period: $2,125.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,125.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Tilda A. Sanders | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,125.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($125.00) |
| Paid to Trustee: | $201.16 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $1,923.84 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.