IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Sanders, Tilda A.          : Chapter 13

    Debtor                 : 19-17775

## CERTIFICATE OF SERVICE

I certify that copies of the **Debtor's Motion to Approve Mortgage Modification, proposed Order and Notice of hearing** were served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on November 22, 2020.

    "/s/"Mitchell J.Prince]
John L. McClain, Esquire
Mitchell J. Prince, Esquire
Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MidFirst Bank
999 Northwest Boulevard, SUITE 100
Oklahoma City, Oklahoma 73118
Per Proof of Claim

Heath Thompson, Servicing Specialist I, Default Management
Midland Mortgage, A Division of MidFirst Bank
777 N.W. Grand Blvd.
Oklahoma City, OK  73118

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
The Lits Building
701 Market Street, Suite 5000
Philadelphia, PA 19106
Attorney for MidFirst Bank

Sanders, Tilda A.
1914 73rd Avenue
Philadelphia, PA 19138