**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **Sanders, Tilda A.** | : | Chapter 13 |
| **Debtor** | : | 19-17775 |

## ORDER

**AND NOW**, this    day of                  , 2020, it is hereby **ORDERED** that if Sanders, Tilda A.  (the "Debtor") and Midfirst Bank ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. § 362.

**Date: December 17, 2020**              _____
                                            Ashely M. Chan
                                            United States Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Sanders, Tilda A.
1914 73rd Avenue
Philadelphia, PA 19138

MidFirst Bank
999 Northwest Boulevard, SUITE 100
Oklahoma City, Oklahoma 73118

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107