United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tilda A. Sanders  
    Debtor(s)

Case No. 19-17775-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 2  
Date Rcvd: Dec 17, 2020      Form ID: 155      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tilda A. Sanders, 1914 73rd Avenue, Philadelphia, PA 19138-2711 |
| 14439272 | + | Amerihome, 21300 Victory Blvd Ste 2, Woodland Hills, CA 91367-2525 |
| 14439275 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14439276 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14439277 | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14453285 | + | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14471256 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14439279 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14439280 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14442180 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14456078 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14439271 | + | Email/Text: bankruptcy@rentacenter.com | Dec 18 2020 05:04:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14503268 | | Email/Text: megan.harper@phila.gov | Dec 18 2020 05:04:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14439273 | | Email/Text: megan.harper@phila.gov | Dec 18 2020 05:04:00 | City of Philadelphia, Law Dept. - Tax Unit, 1401 JFK Blvd. 5th Floor, Phila., PA 19102 |
| 14439274 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 18 2020 05:03:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, PO Box 82505, Lincoln, NE 68501-2505 |
| 14439278 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 18 2020 05:03:00 | Pennsylvania Department of Revenue, Bankruptcy Department, PO Box 280946, Harrisburg, PA 17128-0946, ATTN: Michael Martin, Chief |
| 14463538 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 18 2020 05:03:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14439281 | ##+ | The Offices of Credit Management Lp, 4200 International Parkway, Carrollton, TX 75007-1912 |

District/off: 0313-2 | User: Adminstra | Page 2 of 2
Date Rcvd: Dec 17, 2020 | Form ID: 155 | Total Noticed: 17

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:

**Name**     **Email Address**

JOHN L. MCCLAIN
    on behalf of Debtor Tilda A. Sanders aaamcclain@aol.com edpabankcourt@aol.com

REBECCA ANN SOLARZ
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Tilda A. Sanders
       Debtor(s)                         Chapter: 13
                                                Bankruptcy No: 19−17775−amc

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 16, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Ashely M. Chan
                                        Judge ,
                                        United States Bankruptcy Court