| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-17775-AMC

Tilda A. Sanders  
1914 73rd Avenue  
Philadelphia  PA    19138

Petition Filed Date: 12/13/2019  
341 Hearing Date: 01/24/2020  
Confirmation Date: 12/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $125.00 | 2630614 | 01/15/2020 | $125.00 | 2653524 | 02/04/2020 | $125.00 | 2680075 |
| 02/19/2020 | $125.00 | 2703367 | 02/26/2020 | $125.00 | 2725856 | 03/10/2020 | $125.00 | 2748008 |
| 03/25/2020 | $125.00 | 2770830 | 04/08/2020 | $125.00 | 2788592 | 04/28/2020 | $125.00 | 2801556 |
| 05/08/2020 | $125.00 | 2813401 | 05/21/2020 | $125.00 | 2825540 | 06/11/2020 | $125.00 | 2837991 |
| 06/17/2020 | $125.00 | 2851415 | 07/01/2020 | $125.00 | 2864837 | 07/15/2020 | $125.00 | 2878981 |
| 07/29/2020 | $125.00 | 2895484 | 08/12/2020 | $125.00 | 2910717 | 08/27/2020 | $125.00 | 2925624 |
| 09/09/2020 | $125.00 | 1012627637 | 09/24/2020 | $125.00 | 1012678627 | 10/07/2020 | $125.00 | 1012748673 |
| 10/27/2020 | $125.00 | 1012813680 | 11/05/2020 | $125.00 | 1012879450 | 11/20/2020 | $125.00 | 1012942344 |
| 12/08/2020 | $125.00 | 1013006281 | 01/05/2021 | $125.00 | 1013164497 | 01/07/2021 | $125.00 | 1013089254 |
| 01/20/2021 | $125.00 | 1013238713 | 01/29/2021 | $125.00 | 1013299739 | 02/17/2021 | $125.00 | 1013359607 |
| 03/02/2021 | $125.00 | 1013420015 | 03/12/2021 | $125.00 | 1013480808 | 03/24/2021 | $125.00 | 1013537778 |
| 04/07/2021 | $125.00 | 1013602590 | 04/22/2021 | $125.00 | 1013664028 | 05/05/2021 | $125.00 | 1013726971 |
| 05/21/2021 | $125.00 | 1013781062 | 06/02/2021 | $62.50 | 18380 | | | |

**Total Receipts for the Period:  $4,687.50    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,687.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Tilda A. Sanders | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO DEALER SERVICES<br>»»  002 | Unsecured Creditors | $1,235.84 | $0.00 | $1,235.84 |
| 3 | PHILADELPHIA GAS WORKS<br>»»  003 | Unsecured Creditors | $983.56 | $0.00 | $983.56 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  004 | Unsecured Creditors | $415.40 | $0.00 | $415.40 |
| 5 | MIDFIRST BANK NKA MIDLAND MRTG<br>»»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»»  006 | Secured Creditors | $1,262.47 | $0.00 | $1,262.47 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $7,000.00 | $4,230.09 | $2,769.91 |

**Chapter 13 Case No. 19-17775-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,687.50 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $4,230.09 | Arrearages: | ($312.50) |
| Paid to Trustee: | $401.16 | Total Plan Base: | $9,375.00 |
| Funds on Hand: | $56.25 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.