# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                         : Chapter 13
    Sanders, Tilda A.            :
                                 : 19-17775
     Debtor                        :

## ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's proposed modified Chapter 13 Plan is **APPROVED**.

Date: July 14, 2021

_____
**Ashely M. Chan**
**U.S. BANKRUPTCY JUDGE**