**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13
    Sanders, Tilda A.

    Debtor(s)                                              : 19-17775

**ORDER DIRECTING EMPLOYER* TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
Emball'iso, Inc.
130 Keystone Drive
Montgomeryville PA 18936**

Re:  **Sanders, Tilda A.**
SSN:  xxx-xx-1551

    The future earnings of the above named debtor Sanders, Tilda A., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of :**$250.00 monthly for 84 months,** prorata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$250.00 for 84 months**
Scott Waterman Trustee
P.O. Box 680
Memphis, TN 38101-0680

BY THE COURT:_____
                JUDGE
                            **Date: December 2, 2021**

Emball'iso, Inc.
130 Keystone Drive
Montgomeryville PA 18936

Sanders, Tilda A.

1914 73rd Avenue
Philadelphia, PA 19138


Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123