| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-17775-AMC**

Tilda A. Sanders                                   Petition Filed Date: 12/13/2019
1914 73rd Avenue                                   341 Hearing Date: 01/24/2020
Philadelphia  PA    19138                          Confirmation Date: 12/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2021 | $125.00 | 1013602590 | 04/22/2021 | $125.00 | 1013664028 | 05/05/2021 | $125.00 | 1013726971 |
| 05/21/2021 | $125.00 | 1013781062 | 06/02/2021 | $62.50 | 18380 | 06/21/2021 | $62.50 | 18393 |
| 06/21/2021 | $62.50 | 18393 | 07/07/2021 | $62.50 | 18405 | 07/07/2021 | $62.50 | 18405 |
| 07/20/2021 | $195.00 | 18419 | 08/04/2021 | $65.00 | 18430 | 08/04/2021 | $65.00 | 18430 |
| 09/07/2021 | $65.00 | 18460 | 09/07/2021 | $65.00 | 18460 | 09/21/2021 | $130.00 | 18473 |
| 09/28/2021 | $65.00 | 18441 | 09/28/2021 | $65.00 | 18441 | 10/05/2021 | $65.00 | 18486 |
| 10/05/2021 | $65.00 | 18486 | 10/05/2021 | $65.00 | 18486 | 10/19/2021 | $65.00 | 18502 |
| 10/19/2021 | $65.00 | 18502 | 11/04/2021 | $65.00 | 18520 | 11/04/2021 | $65.00 | 18520 |
| 11/22/2021 | $130.00 | 965794860 | 12/20/2021 | $130.00 | 967799823 | 01/03/2022 | $130.00 | 967795424 |
| 01/24/2022 | $125.00 | 653955 | 02/04/2022 | $125.00 | 655606 | 02/17/2022 | $125.00 | 656487 |
| 03/04/2022 | $125.00 | 657733 | 03/21/2022 | $125.00 | 658648 | 03/30/2022 | $125.00 | 660158 |
| 04/13/2022 | $125.00 | 661150 | 04/27/2022 | $125.00 | 662544 | 05/24/2022 | $125.00 | 32000906 |
| 06/03/2022 | $125.00 | 31000118 | 06/17/2022 | $125.00 | 31000324 | 06/29/2022 | $125.00 | 33000099 |
| 07/13/2022 | $125.00 | 33000378 | 07/27/2022 | $125.00 | 33000689 | | | |

**Total Receipts for the Period:  $4,122.50    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,247.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Tilda A. Sanders | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO DEALER SERVICES<br>»»  002 | Unsecured Creditors | $1,235.84 | $0.00 | $1,235.84 |
| 3 | PHILADELPHIA GAS WORKS<br>»»  003 | Unsecured Creditors | $983.56 | $0.00 | $983.56 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  004 | Unsecured Creditors | $415.40 | $0.00 | $415.40 |
| 5 | MIDFIRST BANK NKA MIDLAND MRTG<br>»»  005 | Mortgage Arrears | $3,674.00 | $0.00 | $3,674.00 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»»  006 | Secured Creditors | $1,262.47 | $0.00 | $1,262.47 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $7,053.65 | $7,053.65 | $0.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $4,550.00 | $0.00 | $4,550.00 |
| 7 | MIDFIRST BANK NKA MIDLAND MRTG<br>»»  05P | Secured Creditors | $2,924.60 | $0.00 | $2,924.60 |

**Chapter 13 Case No. 19-17775-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,247.50 | Current Monthly Payment: | $260.00 |
| Paid to Claims: | $7,053.65 | Arrearages: | ($180.50) |
| Paid to Trustee: | $705.26 | Total Plan Base: | $21,847.00 |
| Funds on Hand: | $488.59 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.