| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-17775-AMC

Tilda A. Sanders  
1914 73rd Avenue  
Philadelphia  PA    19138

Petition Filed Date: 12/13/2019  
341 Hearing Date: 01/24/2020  
Confirmation Date: 12/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2022 | $125.00 | 33001009 | 08/25/2022 | $125.00 | 33001240 | 09/09/2022 | $125.00 | 33001490 |
| 09/21/2022 | $125.00 | 33001811 | 10/18/2022 | $125.00 | 33002518 | 11/01/2022 | $125.00 | 33002827 |
| 11/17/2022 | $125.00 | 33003165 | 12/05/2022 | $125.00 | 33003394 | 12/19/2022 | $125.00 | 33003788 |
| 01/04/2023 | $125.00 | 33004070 | 01/17/2023 | $125.00 | 33004368 | 02/07/2023 | $125.00 | 33004699 |
| 02/10/2023 | $125.00 | 33005017 | 02/27/2023 | $125.00 | 33005292 | 03/10/2023 | $125.00 | 33005588 |
| 03/28/2023 | $125.00 | 33005887 | 04/24/2023 | $125.00 | 33006355 | 05/09/2023 | $125.00 | 33006533 |
| 05/22/2023 | $125.00 | 33006675 | 06/05/2023 | $125.00 | 33006804 | 06/20/2023 | $125.00 | 33006933 |
| 06/30/2023 | $125.00 | 33007191 | 07/14/2023 | $125.00 | TRINET IN 073 | 07/31/2023 | $125.00 | 33007524 |

**Total Receipts for the Period: $3,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,247.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Tilda A. Sanders | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»» 001 | Unsecured Creditors | $34,198.86 | $0.00 | $34,198.86 |
| 2 | WELLS FARGO DEALER SERVICES<br>»» 002 | Unsecured Creditors | $1,235.84 | $0.00 | $1,235.84 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 003 | Unsecured Creditors | $983.56 | $0.00 | $983.56 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $415.40 | $0.00 | $415.40 |
| 5 | MIDFIRST BANK NKA MIDLAND MRTG<br>»» 005 | Mortgage Arrears | $3,674.00 | $0.00 | $3,674.00 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $1,262.47 | $0.00 | $1,262.47 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $7,053.65 | $7,053.65 | $0.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $4,608.82 | $3,124.84 | $1,483.98 |
| 7 | MIDFIRST BANK NKA MIDLAND MRTG<br>»» 05P | Secured Creditors | $2,924.60 | $0.00 | $2,924.60 |

**Chapter 13 Case No. 19-17775-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,247.50 | Current Monthly Payment: | $260.00 |
| Paid to Claims: | $10,178.49 | Arrearages: | ($60.50) |
| Paid to Trustee: | $955.26 | Total Plan Base: | $21,847.00 |
| Funds on Hand: | $113.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.