| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-17775-AMC**

| | |
|---|---|
| Tilda A. Sanders | Petition Filed Date: 12/13/2019 |
| 1914 73rd Avenue | 341 Hearing Date: 01/24/2020 |
| Philadelphia  PA    19138 | Confirmation Date: 12/16/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2023 | $125.00 | 33007659 | 08/28/2023 | $125.00 | 33007818 | 09/19/2023 | $125.00 | 33007983 |
| 09/22/2023 | $125.00 | 33008157 | 10/23/2023 | $125.00 | 33008494 | 11/07/2023 | $125.00 | 33008684 |
| 11/21/2023 | $125.00 | 33008827 | 12/05/2023 | $125.00 | 33008934 | 12/18/2023 | $125.00 | 33009048 |
| 01/03/2024 | $125.00 | 33009174 | 01/17/2024 | $125.00 | 33009303 | 02/01/2024 | $125.00 | 33009357 |
| 02/13/2024 | $125.00 | 33009591 | 02/23/2024 | $125.00 | 33009728 | 03/12/2024 | $125.00 | 33009838 |
| 03/25/2024 | $125.00 | 33009986 | 04/22/2024 | $125.00 | 33010268 | 05/06/2024 | $125.00 | 33010381 |
| 05/20/2024 | $125.00 | 33010495 | 06/18/2024 | $125.00 | 33010715 | 06/18/2024 | $125.00 | 33010602 |
| 06/28/2024 | $125.00 | 33010819 | 07/15/2024 | $125.00 | 33010941 | 07/30/2024 | $125.00 | 33011092 |

**Total Receipts for the Period: $3,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,372.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Tilda A. Sanders | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»»  001 | Unsecured Creditors | $34,198.86 | $0.00 | $34,198.86 |
| 2 | WELLS FARGO DEALER SERVICES<br>»»  002 | Unsecured Creditors | $1,235.84 | $0.00 | $1,235.84 |
| 3 | PHILADELPHIA GAS WORKS<br>»»  003 | Unsecured Creditors | $983.56 | $0.00 | $983.56 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  004 | Unsecured Creditors | $415.40 | $0.00 | $415.40 |
| 5 | MIDFIRST BANK NKA MIDLAND MRTG<br>»»  005 | Mortgage Arrears | $3,674.00 | $676.42 | $2,997.58 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»»  006 | Secured Creditors | $1,262.47 | $232.41 | $1,030.06 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $7,053.65 | $7,053.65 | $0.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $4,608.82 | $4,608.82 | $0.00 |
| 7 | MIDFIRST BANK NKA MIDLAND MRTG<br>»»  05P | Secured Creditors | $2,924.60 | $538.44 | $2,386.16 |

**Chapter 13 Case No. 19-17775-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,372.50 | Current Monthly Payment: | $260.00 |
| Paid to Claims: | $13,109.74 | Arrearages: | $194.50 |
| Paid to Trustee: | $1,262.76 | Total Plan Base: | $21,847.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.