| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 19-17775-AMC**

| | |
|---|---|
| Tilda A. Sanders | Petition Filed Date: 12/13/2019 |
| 1914 73rd Avenue | 341 Hearing Date: 01/24/2020 |
| Philadelphia  PA   19138 | Confirmation Date: 12/16/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2024 | $125.00 | 33011213 | 08/27/2024 | $125.00 | 33011365 | 09/23/2024 | $125.00 | 33011704 |
| 10/04/2024 | $125.00 | 33011839 | 10/21/2024 | $125.00 | 33011955 | 11/05/2024 | $125.00 | 33012126 |
| 11/19/2024 | $125.00 | 33012242 | 12/03/2024 | $125.00 | 33012350 | 12/16/2024 | $125.00 | TRINET IN 124 |
| 01/02/2025 | $125.00 | 33012588 | 01/14/2025 | $125.00 | 33012715 | 01/27/2025 | $125.00 | 33012829 |
| 02/24/2025 | $125.00 | 33013024 | 03/10/2025 | $125.00 | 33013180 | 03/25/2025 | $125.00 | 33013301 |
| 04/08/2025 | $125.00 | 33013403 | 04/23/2025 | $125.00 | 33013503 | 05/05/2025 | $125.00 | 33013603 |
| 05/19/2025 | $125.00 | 33013684 | 06/02/2025 | $125.00 | 33013760 | 06/27/2025 | $125.00 | 33013848 |
| 06/27/2025 | $125.00 | TRINET IN 139 | 07/10/2025 | $125.00 | 33014001 | 07/29/2025 | $125.00 | 33014120 |

**Total Receipts for the Period:  $3,000.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $17,497.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Tilda A. Sanders | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»»  001 | Unsecured Creditors | $34,198.86 | $0.00 | $34,198.86 |
| 2 | WELLS FARGO DEALER SERVICES<br>»»  002 | Unsecured Creditors | $1,235.84 | $0.00 | $1,235.84 |
| 3 | PHILADELPHIA GAS WORKS<br>»»  003 | Unsecured Creditors | $983.56 | $0.00 | $983.56 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  004 | Unsecured Creditors | $415.40 | $0.00 | $415.40 |
| 5 | MIDFIRST BANK NKA MIDLAND MRTG<br>»»  005 | Mortgage Arrears | $3,674.00 | $1,971.60 | $1,702.40 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»»  006 | Secured Creditors | $1,262.47 | $677.48 | $584.99 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $7,053.65 | $7,053.65 | $0.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $4,608.82 | $4,608.82 | $0.00 |
| 7 | MIDFIRST BANK NKA MIDLAND MRTG<br>»»  05P | Secured Creditors | $2,924.60 | $1,569.43 | $1,355.17 |

**Chapter 13 Case No. 19-17775-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,497.50 | Current Monthly Payment: | $260.00 |
| Paid to Claims: | $15,880.98 | Arrearages: | $189.50 |
| Paid to Trustee: | $1,498.40 | Total Plan Base: | $21,847.00 |
| Funds on Hand: | $118.12 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.