Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Tilda A. Sanders
1914 73rd Avenue
Philadelphia, PA 19138

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 19-17775-AMC**

Petition Filed Date: 12/13/2019
341 Hearing Date: 01/24/2020
Confirmation Date: 12/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2025 | $125.00 | 33014197 | 08/22/2025 | $125.00 | 33014321 | 09/19/2025 | $125.00 | 33014569 |
| 10/07/2025 | $125.00 | 33014660 | 10/17/2025 | $125.00 | 33014735 | 11/03/2025 | $125.00 | 33014877 |
| 11/20/2025 | $125.00 | 33014968 | 12/02/2025 | $125.00 | 33015063 | 12/15/2025 | $125.00 | 33015145 |
| 12/30/2025 | $125.00 | 33015228 | 01/13/2026 | $125.00 | 33015301 | 01/23/2026 | $125.00 | 33015392 |
| 02/20/2026 | $125.00 | 33015539 | 03/05/2026 | $125.00 | 33015604 | 03/24/2026 | $125.00 | 33015672 |
| 04/02/2026 | $125.00 | 33015728 | 04/17/2026 | $125.00 | 33015831 | 05/05/2026 | $125.00 | 33015914 |
| 05/19/2026 | $125.00 | 33015977 | 05/29/2026 | $125.00 | 33016046 | 06/12/2026 | $125.00 | 33016101 |
| 06/23/2026 | $125.00 | 33016154 | 07/09/2026 | $125.00 | 33016219 | 07/23/2026 | $125.00 | 33016302 |

**Total Receipts for the Period: $3,000.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $20,372.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Tilda A. Sanders | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»» 001 | Unsecured Creditors | $34,198.86 | $0.00 | $34,198.86 |
| 2 | WELLS FARGO AUTO<br>»» 002 | Unsecured Creditors | $1,235.84 | $0.00 | $1,235.84 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 003 | Unsecured Creditors | $983.56 | $0.00 | $983.56 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $415.40 | $0.00 | $415.40 |
| 5 | MIDFIRST BANK NKA MIDLAND MRTG<br>»» 005 | Mortgage Arrears | $3,674.00 | $3,214.42 | $459.58 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $1,262.47 | $1,104.55 | $157.92 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $7,053.65 | $7,053.65 | $0.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $4,608.82 | $4,608.82 | $0.00 |
| 7 | MIDFIRST BANK NKA MIDLAND MRTG<br>»» 05P | Secured Creditors | $2,924.60 | $2,558.77 | $365.83 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,372.50 | Current Monthly Payment: | $260.00 |
| Paid to Claims: | $18,540.21 | Arrearages: | $434.50 |
| Paid to Trustee: | $1,716.91 | Total Plan Base: | $21,847.00 |
| Funds on Hand: | $115.38 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.