**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:** **: Chapter 13**
**Sanders, Tilda A.**

**Debtor** **: 19-17775**

## ENTRY AND WITHDRAWAL OF APPEARANCE

The undersigned counsel hereby requests the Clerk to enter counsel's appearance on behalf of the debtor.

Dated: September 14, 2026

/s/ Michelle Lee

Michelle Lee, Esquire
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel: (267) 794-0225
mlee@dilworthlaw.com

The undersigned counsel hereby requests the Clerk to withdraw counsel's appearance in the above captioned case.

Dated: September 14, 2026

"/s/" John L. McClain

John L. McClain, Esquire
Mitchell J. Prince, Esquire
John L. McClain & Associates, PC
1851 C.R. 27
Owls Head, NY 12969
Tel: (484) 588-5870
Attorneys for debtor

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Sanders, Tilda A.

1914 73rd Avenue
Philadelphia, PA 19138